**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---

| | |
|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated, | Case no. 1:25-cv-10952 |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Portmeirion Group Designs, LLC, | |
| Defendant. | |

---

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 12, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Alison Chan**

By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law